Plaintiff's Name Walter Lee Young BKD895

Prisoner No. BKD895 21E-C7

Institution Alameda County Jail

Santa Rita Jail

5325 Broder Blvd, Dublin, CA 94568

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Walter Lee young

*(Enter your full name)*

v.

County of Alameda et al,

SRJ - Santa Rita Jail,

ACSO - Alameda County Sheriffs office,

Welpath

*(Enter the full name(s) of all defendants in this action)*

Case No._____

*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward.
The court will dismiss any unexhausted claims.*

**A.** Place of present confinement SRJ - Alameda county Jail, Santa Rita Jail

**B.** Is there a grievance procedure in this institution?   ☑ **YES**        ☐ **NO**

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☑ **YES**        ☐ **NO**

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each
level of review. If you did not pursue any available level of appeal, explain why.

    1.    Informal appeal: Grievance #26-0674 Trident care claim #48881958,

ACSO Incident Report # 26-002048 filed 2/19/26 (slip And Fall Injury)

    2.    First formal level: All grievances were exhausted to the highest Level

3.    Second formal level: _All grievances were exhausted to highest level._

4.    Third formal level: _All grievances were exhausted to highest level._

E.  Is the last level to which you appealed the highest level of appeal available to you?
    ☑ YES      ☐ NO

F.  If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A.  If there are additional plaintiffs besides you, write their name(s) and present address(es).

B.  For each defendant, provide full name, official position and place of employment.
    _SRJ- Alameda County Jail, Santa Rita Jail    Dublin, CA_
    _Welpath - Alameda County Medical provider for SRJ- Santa Rita Jail_
    _Acso - Alameda County Sheriffs office_
    _County of Alameda_

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

_On 2/19/26 I was injured in a slip and fall incident at Santa Rita Jail due to their negligence, lack of safety measures and willfully knowing the risk of injuries to inmates and fail to implement safety measures to avoid such accidents._

Please review all grievances along with all other documents provided for a better discription of the incident and injuries to my person.

All Grievances were exhausted to the highest level.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I want Compensation for the injuries sustained, Punitive damages, Physical, mental and emotional damages deemed proper and Just by the Court.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 5/25/26
_____
Date

_Walter young_
_____
Signature of Plaintiff